**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **YEVONNE POWERS,** *individually and on behalf of all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>**LIBERTY MUTUAL INSURANCE COMPANY**<br><br>*Defendant.* | Case No. 1:25-cv-13288-WMY |

## NOTICE OF SETTLEMENT

TO THE CLERK OF COURT AND THE HONONRABLE JUDGE YOUNG:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement-in-principle as to the individual claims of Plaintiff, Yevonne Powers against Defendant, Liberty Mutual Insurance Company. The parties request deadlines be removed from the calendar and anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a), within sixty (60) days.

Dated: May 19, 2026

Respectfully submitted:

KIMMEL & SILVERMAN, PC

/s/ Jacob U. Ginsburg
Jacob U. Ginsburg, Esq. (*pro hac vice*)
Craig T. Kimmel, Esq.
30 East Butler Ave.
Ambler, PA 19002
Phone: (267) 468-5374

Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

BURKE LAW OFFICES, LLC

Alexander H. Burke (*pro hac vice*)
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com

THE WEITZ FIRM, LLC

Max S. Morgan, Esq. (*pro hac vice)*
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 901-8666
max.morgan@theweitzfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esq., do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter upon all parties of record via the CM/ECF system.

Daniel P. Tighe
Donnelly, Conroy & Gelhaar, LLP
260 Franklin St., Suite 1600
Boston, MA 02110
617-720-2880
Fax: 617-720-3554
Email: dpt@dcglaw.com

Dominic D. Gouker
Donnelly, Conroy & Gelhaar, LLP
Suite 1600
260 Franklin Street
Boston, MA 02110
617-720-2880
Email: ddg@dcglaw.com

Dated: May 19, 2026

*/s/ Jacob U. Ginsburg*

Jacob U. Ginsburg, Esq.