**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| YEVONNE POWERS, individually and as purported class representative,<br><br>*Plaintiff*,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>*Defendant*. | ) | C.A. No. 1:25-cv-13288-WGY |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Yevonne Powers and Defendant Liberty Mutual Insurance Company hereby stipulate to dismissal with prejudice of the above-referenced action.

Dated: July 17, 2026

Respectfully submitted:

YEVONNE POWERS,

By her attorneys,

KIMMEL & SILVERMAN, PC
*<u>/s/ Jacob U. Ginsburg</u>*
Jacob U. Ginsburg, Esq. (*pro hac vice*)
Craig T. Kimmel, Esq.
30 East Butler Ave.
Ambler, PA 19002
Phone: (267) 468-5374
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

BURKE LAW OFFICES, LLC
Alexander H. Burke (*pro hac vice*)
909 Davis St., Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
aburke@burkelawllc.com

THE WEITZ FIRM, LLC
Max S. Morgan, Esq. (*pro hac vice)*
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(215) 901-8666
max.morgan@theweitzfirm.com

LIBERTY MUTUAL INSURANCE COMPANY,

By its attorneys,

*/s/ Daniel P. Tighe*
Daniel P. Tighe (BBO # 556583)
Dominic D. Gouker (BBO # 672990)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin St., Suite 1600
Boston MA 02110
617-720-2880
dpt@dcglaw.com
ddg@dcglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to anyone indicated as non-registered participants on July 17, 2026.

/s/ *Dominic D. Gouker*
Dominic D. Gouker